THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR DELANEY, Appellant. [895 NYS2d 923]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered January 7, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Carni, Lindley and Sconiers, JJ.